MONTGOMERY PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: kbranson@littler.com

Attorneys for Defendants
AMERIPRISE FINANCIAL, INC. and
AMERIPRISE FINANCIAL SERVICES, INC.
n/k/a AMERIPRISE FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE O'NEILL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL, INC., a Delaware Corporation; and AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:19-cv-02233-JAD-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, DANIELLE O'NEILL, and Defendants, AMERIPRISE FINANCIAL, INC. and AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, through their respective attorneys of record, hereby stipulate and agree that Defendants have an additional twenty one (21) days to answer or otherwise respond to Plaintiff's Complaint. Defendants were served with a copy of the Summons and Complaint on January 30, 2020. Defendants' responses are currently due on February 20, 2020. Good cause exists to grant this extension because Defendants require the additional time to investigate and prepare their responses to the Complaint. Moreover, counsel for Plaintiff and Defendants are meeting and conferring as to a potential stipulation related to the parties and claims

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

in the case and believe it is in the interest of judicial economy to continue these discussions prior to Defendants responding to the Complaint.

If the requested extension is granted, Defendants will file their responses on or before March 12, 2020. This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: February 13, 2020

Respectfully submitted,

/s/ *Andre M. Lagomarsino, Esq.*
ANDRE M. LAGOMARSINO, ESQ.
CORY M. FORD, ESQ.
LAGOMARSINO LAW

Attorney for Plaintiff
DANIELLE O'NEILL

Dated: February 13, 2020

MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERIPRISE FINANCIAL, INC. and
AMERIPRISE FINANCIAL SERVICES, INC.
n/k/a AMERIPRISE FINANCIAL SERVICES, LLC

**IT IS SO ORDERED.**

DATED: This 14th day of February, 2020.

THE HONORABLE U.S. MAGISTRATE
JUDGE ELAYNA J. YOUCHAH

4823-6065-9636.1 057419.1006

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.