MONTGOMERY PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
AMERIPRISE FINANCIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE O'NEILL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL, INC., a Delaware Corporation, a Delaware Corporation,<br><br>Defendant. | Case No. 2:19-cv-02233-JAD-EJY<br><br>**[PROPOSED] STIPULATION AND ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING TO AMENDED COMPLAINT (ECF No. 12)** |

Plaintiff DANIELLE O'NEILL ("Plaintiff") and Defendant AMERIPRISE FINANCIAL, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have one (1) additional week to file its responsive pleading to Plaintiff's First Amended Complaint (ECF No. 12), which Amended Complaint was filed and served on March 25, 2020 (ECF No. 12). The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Amended Complaint in order to respond.

Defendant filed a Motion for Partial Dismissal of Plaintiff's Complaint (ECF No. 10). Plaintiff filed an Amended Complaint on March 25, 2020 (ECF No. 12). The Motion for Partial Dismissal was denied as moot by the Court on March 27, 2020 (ECF No. 14).

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **April 15, 2020**.

This is the first request for an extension of time to file a responsive pleading to Plaintiff's Amended Complaint made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: March 30, 2020

Respectfully submitted,

*/s/ Andre M. Lagomarsino, Esq.*
ANDRE M. LAGOMARSINO, ESQ.
LAGOMARSINO LAW

Attorney for Plaintiff

Dated: March 30, 2020

Respectfully submitted,

MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4843-7827-3976.1 057419.1006

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.