MONTGOMERY PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:  mpaek@littler.com
Email:  kbranson@littler.com

Attorneys for Defendant
AMERIPRISE FINANCIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE O'NEILL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL, INC., a Delaware Corporation, a Delaware Corporation,<br><br>Defendant. | Case No. 2:19-cv-02233-JAD-EJY<br><br>STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION<br><br>[FIRST REQUEST] |

Plaintiff DANIELLE O'NEILL ("Plaintiff") and Defendant AMERIPRISE FINANCIAL, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation (ENE) Session presently scheduled for July 24, 2020 at 10:00 a.m., before U.S. Magistrate Judge Daniel J. Albregts (**ECF No. 22**), due to the unavailability of Defendant's counsel, who will be on a previously-scheduled vacation with family on that date.

The parties are available and propose the following five (5) alternative dates, or any other dates available on this Court's calendar on or after July 27, 2020:

- *August 3, 2020;*
- *August 4, 2020;*
- *August 10, 2020;*

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

- *August 11, 2020*;
- *August 13, 2020*; or
- *August 14, 2020*.

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Albregts' chambers one week prior to the new date of the ENE Session **by 12:00 p.m. Noon.**

The parties further request that any motions for exemption from the Court's attendance requirements at the ENE be reset to 14 days prior to the new date of the ENE Session.

This extension is sought in good faith, and not for the purpose of delay.

Dated: June 26, 2020

Respectfully submitted,

*/s/ Andre M. Lagomarsino, Esq.*
ANDRE M. LAGOMARSINO, ESQ.
LAGOMARSINO LAW

Attorney for Plaintiff

Dated: June 26, 2020

Respectfully submitted,

/s/ *Z. Kathryn Branson, Esq.*
MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED**. The ENE is hereby reset for Monday, August 10, 2020 at 10:00 a.m. via video conference. The confidential briefs are due by **noon** on Monday, August 3, 2020. All other provisions of the Court's Order (ECF No. 22) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

4834-0967-1105.1 057419.1006

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.